# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY**  *Plaintiff* | **CIVIL ACTION**  NO. 16-1010 |
| v. | |
| **RONALD ZATYKO**  *Defendant* | |

# O R D E R

**AND NOW**, this 16th day of November 2016, upon consideration of Defendant's *motion to dismiss or, alternatively, to stay*, [ECF 8], Plaintiff's opposition thereto, [ECF 9], Defendant's reply, [ECF 10], Plaintiff's sur-reply, [ECF 11], and the allegations contained in Plaintiff's complaint, [ECF 1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion is **DENIED**, in its entirety. Defendant shall file an answer to the complaint within fourteen (14) days of this Order.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*