IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY<br>*Plaintiff*<br><br>v.<br><br>**RONALD ZATYKO**<br>*Defendant* | CIVIL ACTION<br><br>NO. 16-1010 |

# O R D E R

**AND NOW**, this 20th day of December 2016, upon consideration of Plaintiff's *motion for summary judgment*, [ECF 13], Defendant's opposition thereto, [ECF 14], and Plaintiff's reply, [ECF 17], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion is **GRANTED**, and Plaintiff Nationwide Property & Casualty Insurance Company has no further duty to defend Ronald Zatyko in relation to the lawsuit filed against him in the Superior Court of New Jersey Law Division of Cumberland County, No. CUM-L-810-15, by Nicholas Fiocchi. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*